# EXHIBIT A



# PROCESS SERVER DELIVERY DETAILS

**Date:**                                    Thu, Oct 6, 2022
**Server Name:**                             Jimmy Lizama

| Entity Served | MERCEDES-BENZ USA, LLC |
|---|---|
| Case Number | 30-2022-01283582-CU-BC-CJC |
| Jurisdiction | CA |

| Inserts | | |
|---|---|---|
| | | |



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Mercedes-Benz USA, LLC; and DOES 1 through 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Jaylene Beligan

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*  Orange County Superior Court, Central Justice Center | CASE NUMBER: *(Número del Caso):*<br>30-2022-01283582-CU-BC-CJC |
|---|---|

700 West Civic Center Drive, Santa Ana, California 92701
Judge Nico Dourbetas

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Robert L. Starr. Esq. (SBN) 183052, 23901 Calabasas Road, Suite 2072, Calabasas, CA 91302, (818) 225-9040

| DATE:<br>*(Fecha)* 09/28/2022 | DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* A. Gill | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Mercedes-Benz USA, LLC
   under: ☐ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☒ other *(specify):* Limited Liability Company
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

Robert L. Starr (183052)
robert@starrlaw.com
Adam M. Rose (210880)
adam@starrlaw.com
Theodore R. Tang, Esq. (313294)
theodore@starrlaw.com
THE LAW OFFICE OF ROBERT L. STARR, APC
23901 Calabasas Road, STE #2072
Calabasas, CA 91302
Telephone: (818) 225-9040
Facsimile: (818) 225-9042

Attorneys for Plaintiff
Jaylene Beligan

## SUPERIOR COURT OF CALIFORNIA

### COUNTY OF ORANGE

Assigned for All Purposes
Judge Nico Dourbetas

|  |  |
|---|---|
| Jaylene Beligan, | Case No.: 30-2022-01283582-CU-BC-CJC |
| Plaintiff, | **COMPLAINT** |
| v. | 1. Breach of Implied Warranty |
| Mercedes-Benz USA, LLC; and Does 1 through 100, inclusive, | 2. Breach of Express Warranty 3. Violation of the Song-Beverly Act |
| Defendants. | 4. Violation of Uniform Commercial Code |

Plaintiff Jaylene Beligan hereby states her causes of actions against Defendants Mercedes-Benz USA, LLC, and Does 1 through 100 (collectively "Defendants") as follows:

### PRELIMINARY FACTUAL ALLEGATIONS

1. Jaylene Beligan ("Plaintiff") is an adult resident of Orange County, State of California, and was at all times relevant residing therein.

2. Defendant Mercedes-Benz USA, LLC ("Manufacturer") is a limited liability company authorized to conduct business in California. Manufacturer designs, manufactures, constructs, assembles, markets, distributes, and sells motor vehicles and components.

3. All acts and omissions of Defendants' employees, agents, associates, partners, parents, or subsidiaries as alleged herein occurred while they were acting within the course and scope of their

-1-
COMPLAINT

1  duties and Defendants are therefore responsible to Plaintiff under the doctrine of Respondeat

2  Superior and/or other doctrines.

3      4.   Plaintiff is informed and believes, and based on such information and belief alleges, that at

4  all times relevant, each of the Defendants were and continue to act as the agents, servants,

5  employees, representatives, and/or alter egos of the other, and in doing so, were acting within the

6  scope of their relationship as such agents, servants, representatives, and/or alter egos, with the

7  permission and consent of the remaining Defendants.

8      5.   Plaintiff is unaware of the true names or capacities of the Defendants sued herein as DOES

9  1 through 100, inclusive ("Doe Defendants"), and therefore sues said Doe Defendants by such

10  fictitious names. Plaintiff will seek leave of this Court to amend this Complaint to insert the true

11  names and capacities of such Doe Defendants when such information has been obtained. Plaintiff is

12  informed and believes, and based on such information and belief alleges, that each of the

13  fictitiously named Doe Defendants has participated in some way in the wrongful acts and

14  omissions alleged below, and is liable to Plaintiff for damages and other relief to which Plaintiff is

15  entitled.

16                    **JURISDICTION AND VENUE**

17      6.   This action is properly filed in Orange County because the acts and omissions that give rise

18  to Plaintiff's claims took place this County, and Defendants transact substantial business in this

19  County.

20      7.   This Court has jurisdiction over Defendants because Defendants' unlawful conduct as

21  alleged herein occurred in this County and Plaintiff suffered damages from such conduct within

22  this County.

23                   **FACTUAL ALLEGATIONS**

24      8.   On or about February 7, 2022, Plaintiff purchased a used 2018 Mercedes-Benz C300

25  Vehicle Identification Number 55SWF4JBXJU240237 (the "Subject Vehicle"). Manufacturer

26  provided an express written warranty relating to the Subject Vehicle.

27  ///

28  ///

1  9.  At the time the Subject Vehicle was delivered to Plaintiff, it was not in a merchantable

2  condition, was not safe, and did not conform to the quality and safety guidelines reasonably

3  expected of a motor vehicle.

4  10. In the time period that followed, the Subject Vehicle failed an unreasonable number of

5  times, did not function properly, and was not safe or reliable.

6  11. The problems, defects, and/or nonconformities experienced by Plaintiff were not the result

7  of any misuse on the part of Plaintiff, and was not the result of any modifications made to the

8  Subject Vehicle.

9  **FIRST CAUSE OF ACTION**

10  **BREACH OF IMPLIED WARRANTY**

11  **(Against All Defendants)**

12  12. Plaintiff re-alleges and incorporates by reference each and every allegation contained in the

13  paragraphs above and, to the extent necessary, pleads this cause of action in the alternative.

14  13. At the time Plaintiff purchased the Subject Vehicle, Defendants impliedly warranted that

15  the Subject Vehicle was of merchantable quality and that it was fit for its intended use.

16  14. Defendants breached the implied warranty in that the Subject Vehicle was not of

17  merchantable quality and was not fit for its intended use.

18  15. The Subject Vehicle contained multiple manufacturer defects, defects in assembly, design

19  defects, and other defects, rendering the vehicle unsafe and making it impossible for Plaintiff to use

20  the vehicle without inconvenience, failure, and mechanical breakdown.

21  16. As a direct and proximate result of Defendants' breach, the Subject Vehicle is virtually

22  useless due to the frequency of breakdown, the safety hazards associated with using the Subject

23  Vehicle, and the amount of time the Subject Vehicle was out of service due to repair attempts.

24  17. Plaintiff demanded that Defendants repurchase the Subject Vehicle pursuant to California

25  law. Defendants have refused.

26  18. Pursuant to Civil Code §§ 1793.2 and 1794, Plaintiff seeks reimbursement for the cost of

27  financing the Subject Vehicle, owning the Subject Vehicle, repairing the Subject Vehicle,

28  attorneys' fees, and a civil penalty in an amount to be proved at trial.

## SECOND CAUSE OF ACTION

### BREACH OF EXPRESS WARRANTY

### (Against All Defendants)

19. Plaintiff re-alleges and incorporates by reference each and every allegation contained in the paragraphs above and, to the extent necessary, pleads this cause of action in the alternative.

20. Defendants expressly warranty that the Subject Vehicle was merchantable, fit for the purpose it was intended, and safely designed and assembled.

21. Defendants breached the express warranty because the Subject Vehicle was not merchantable, fit for its intended purposes, safely designed, or properly assembled.

22. Subsequent to Plaintiff's purchase of the Subject Vehicle, Plaintiff complained on several occasions that the Subject Vehicle was not functioning properly.

23. Plaintiff made reasonable attempts to have the Subject Vehicle repaired, however, Defendants did not properly repair the Subject Vehicle within a reasonable amount of time.

24. As a direct and proximate result of Defendants' breach of express warranty, the value of the Subject Vehicle is substantially less than reasonably expected by Plaintiff.

25. Plaintiff requested Defendants to release the Subject Vehicle pursuant to California law, but Defendants have willfully refused thereby justifying an award of a civil penalty pursuant to Civil Code § 1794.

26. Plaintiff suffered damages as a result of the breach.

27. Pursuant to Civil Code § 1794, Plaintiff also seeks reimbursement for the cost of financing the Subject Vehicle, owning the Subject Vehicle, rescission of the purchase agreement, restitution damages, costs relating to repairing the Subject Vehicle, and attorneys' fees in an amount to be proved at trial.

## THIRD CAUSE OF ACTION

### VIOLATION OF SONG BEVERLY ACT

### (Against All Defendants)

28. Plaintiff re-alleges and incorporates by reference each and every allegation contained in the paragraphs above and, to the extent necessary, pleads this cause of action in the alternative.

29. The Song-Beverly Consumer Warranty Act provides that parties making express warranties with regard to consumer goods shall conform to the federal standards for disclosure of warranty terms set forth in the Magnuson-Moss Warranty Federal Trade Commission Improvement Act (15 U.S.C. § 2301, et seq.).

30. Under Civil Code § 1793.2(d)(l ), if the manufacturer or its representative does not service or repair the goods to conform to applicable express warranties after a reasonable number of attempts, the manufacturer shall either replace the goods or reimburse the buyer in an amount equal to the lease price paid by the buyer, and/or loan payments and down payment paid by the buyer, less the amount directly attributable to use by the buyer prior to discovery of the nonconformity.

31. Civil Code § l794(b)(2) provides that the measure of damages under the Song-Beverly Consumer Warranty Act is the right of replacement and reimbursement, as well as the cost of repair necessary to make the consumer goods conform.

32. The intent of the Song-Beverly Act is to protect consumers from warranty fraud and hold manufacturers accountable for their defective products.

33. As alleged herein, Defendants violated the Act by not repairing the Subject Vehicle after a reasonable number of attempts.

34. Defendants did not conform the Subject Vehicle to its express warranty after a reasonable number of attempts. The Subject Vehicle still does not conform to its warranty.

35. Under the Song Beverly-Act, if a warrantor of a vehicle is unable to repair a vehicle to conform to warranty after a reasonable number of repair attempts, the warrantor of the vehicle, upon demand from the consumer, must reimburse the consumer for the cost of purchasing and owning the vehicle.

36. Here, Plaintiff demanded that Defendants repurchase the Subject Vehicle, however, Defendants willfully refused in violation of the Song-Beverly Act.

37. Pursuant to Civil Code § 1794, Plaintiff seeks reimbursement for the costs of financing, and owning the Subject Vehicle, rescission of the lease/purchase agreement of the Subject Vehicle, restitution damages, reimbursement of costs relating to repairing the Subject Vehicle, attorney's fees, and a civil penalty in an amount to be proved at trial.

## FOURTH CAUSE OF ACTION

### VIOLATION OF UNIFORM COMMERCIAL CODE

### (Against All Defendants)

38. Plaintiff re-alleges and incorporates by reference each and every allegation contained in the paragraphs above and, to the extent necessary, pleads this cause of action in the alternative.

39. At the time the Subject Vehicle was sold to Plaintiff, it contained multiple manufacturer defects, defects in assembly, defects in design, and other defects which rendered the Subject Vehicle unsafe for use and making it impossible for Plaintiff to use the Subject Vehicle without substantial inconvenience and mechanical failure.

40. Commercial Code § 1203 proscribes the duty of parties to deal with each other in good faith. This parallels the Lemon Law concept regarding charging a civil penalty for willfully refusing to act in good faith.

41. Commercial Code § 2602 covers the manner and effect of rejecting goods. Here, Plaintiff has properly rejected the Subject Vehicle.

42. Commercial Code § 2607 relates to establishing a supplier breach subsequent to the acceptance of goods. At the time Plaintiff purchased the Subject Vehicle, Plaintiff believed the Subject Vehicle conformed to factory specifications, but subsequently learned the Subject Vehicle did not conform. Consequently, Defendants' breached its warranty contract with Plaintiff.

43. When Plaintiff purchased the Subject Vehicle from Defendants, Plaintiff did so based upon the mutual understanding with Defendants that the Subject Vehicle conformed to factory specifications.

44. Plaintiff subsequently learned that the Subject Vehicle did not conform. Consequently, Defendants' breached its agreement with Plaintiff.

45. As a direct and proximate result of Defendants' conduct as alleged herein, Plaintiff purchased a virtually useless vehicle due to the frequency of breakdowns, the safety hazards associated with using the Subject Vehicle, and the amount of time the Subject Vehicle was out of service due to repair attempts made by Defendants.

///

46. Commercial Code § 2608 covers revocation of acceptance. Plaintiff hereby revokes acceptance of the Subject Vehicle because it does not conform to warranty specifications.

47. When Plaintiff entered into the purchase and took delivery of the Subject Vehicle, Defendants represented that said Subject Vehicle was of merchantable and good quality.

48. Under the terms of the purchase agreement, Plaintiff paid good and valuable consideration.

49. Subsequent to taking possession of the Subject Vehicle, Plaintiff learned that the Subject Vehicle was not in good and merchantable condition.

50. Plaintiff will suffer substantial harm and injury under if the purchase agreement is not rescinded since Plaintiff will be deprived of the benefit of the bargain in that the Subject Vehicle is significantly inferior to the vehicle Plaintiff bargained and paid for.

51. Plaintiff intends for the service of summons and complaint to serve as further notice of rescission of the purchase agreement and hereby demands Defendants restore to Plaintiff's consideration furnished pursuant to the purchase agreement.

52. Plaintiff further demands that Defendants reimburse the consequential damages incurred as a result of Plaintiff's purchase/lease of the Subject Vehicle.

53. As a result of entering into the purchase agreement with Defendants, Plaintiff incurred expenses in addition to those alleged above. Plaintiff will seek leave to amend this complaint to insert the true amount of those expenses when they are ascertained.

48.     Further, as a direct and proximate result of Defendants' breach alleged herein, Plaintiff suffered incidental and consequential damages in an amount to be proved at trial.

### JURY DEMAND

54. Plaintiff hereby demands a trial by jury on all issues of fact.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

First Cause of Action

1.  Damages in an amount to be proved at trial

2.  Incidental and consequential damages

3.  Rescission of the lease/purchase agreement of the Subject Vehicle

1    4.  For attorneys' fees and costs

2    5.  A civil penalty according to proof

3    6.  Pre-judgment interest; and

4    7.  For other relief that this Court deems just and proper.

5

6    Second Cause of Action

7    1.  Damages in an amount to be proved at trial

8    2.  Incidental and consequential damages

9    3.  Rescission of the lease/purchase agreement of the Subject Vehicle

10   4.  For attorneys' fees and costs

11   5.  A civil penalty according to proof

12   6.  Pre-judgment interest; and

13   7.  For other relief that this Court deems just and proper.

14

15   Third Cause of Action

16   1.  Damages in an amount to be proved at trial

17   2.  Incidental and consequential damages

18   3.  Rescission of the lease/purchase agreement of the Subject Vehicle

19   4.  For attorneys' fees and costs

20   5.  A civil penalty according to proof

21   6.  Pre-judgment interest; and

22   7.  For other relief that this Court deems just and proper.

23

24   Fourth Cause of Action

25   1.  Damages in an amount to be proved at trial

26   2.  Incidental and consequential damages

27   3.  Rescission of the lease/purchase agreement of the Subject Vehicle

28   4.  For attorneys' fees and costs

COMPLAINT

5.  A civil penalty according to proof

6.  Pre-judgment interest; and

7.  For other relief that this Court deems just and proper.

Date: September 26, 2022,                    **LAW OFFICE OF ROBERT L. STARR**

                                             Robert L. Starr
                                             Attorney for Plaintiff
                                             Jaylene Beligan

-9-
COMPLAINT

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Robert L. Starr, Esq. (SBN 183052)<br>23901 Calabasas Road, Suite 2072, Calabasas, CA 91302<br><br>TELEPHONE NO.: (818) 225-9040    FAX NO. *(Optional)*: (818) 225-9042<br>E-MAIL ADDRESS: robert@starrlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff, Jaylene Beligan | FOR COURT USE ONLY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE |
|---|
| STREET ADDRESS: 700 West Civic Center Drive |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Santa Ana, 92701 |
| BRANCH NAME: Central Justice Center |

| CASE NAME:<br>Beligan v. Mercedes |
|---|

| **CIVIL CASE COVER SHEET**<br>[X] Unlimited    [ ] Limited<br>(Amount      (Amount<br>demanded     demanded is<br>exceeds $25,000)   $25,000 or less) | **Complex Case Designation**<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>30-2022-01283582-CU-BC-CJC |
|---|---|---|
| | | JUDGE: Judge Nico Dourbetas<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation**<br>**(Cal. Rules of Court, rules 3.400–3.403)** |
|---|---|---|
| [ ] Auto (22) | [X] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property** | [ ] Other collections (09) | [ ] Mass tort (40) |
| **Damage/Wrongful Death) Tort** | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Asbestos (04) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Product liability (24) | **Real Property** | [ ] Insurance coverage claims arising from the |
| [ ] Medical malpractice (45) | [ ] Eminent domain/Inverse | above listed provisionally complex case |
| [ ] Other PI/PD/WD (23) | condemnation (14) | types (41) |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [X] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: 4
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: September 26, 2022
Robert L. Starr, Esq. (SBN 183052)
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courts.ca.gov |

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**                                    CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FOR COURT USE ONLY**<br><br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
| PLANTIFF: Jaylene Beligan | |
| DEFENDANT: Mercedes-Benz USA LLC | **Oct 4, 2022**<br>Clerk of the Superior Court<br>By: A. GILL, Deputy |
| Short Title: BELIGAN VS. MERCEDES-BENZ USA LLC | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2022-01283582-CU-BC-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>05/08/2023</u> at  <u>09:00:00 AM</u> in Department <u>C14</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**


<u>**IMPORTANT:**</u> Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

<u>**IMPORTANTE:**</u> Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

<u>**QUAN TRỌNG:**</u> Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html


Clerk of the Court,  By: _____ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

---

**SHORT TITLE:** BELIGAN VS. MERCEDES-BENZ USA LLC

---

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2022-01283582-CU-BC-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Santa Ana, California</u>, on <u>10/04/2022</u>. Following standard court practice the mailing will occur at <u>Sacramento, California</u> on <u>10/05/2022</u>.

Clerk of the Court, by: _____ , Deputy

THE LAW OFFICE OF ROBERT L. STARR, APC
23901 CALABASAS # 2072
CALABASAS, CA 91302

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 2

V3 1013a (June 2004)

Code of Civil Procedure , § CCP1013(a)

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

## NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

**Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.**

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its Web site as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF ORANGE

## ADR Information

**Introduction.**

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

**BENEFITS OF ADR.**

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

**Save Time.**  A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

**Save Money.**  When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

**Increase Control Over the Process and the Outcome.**  In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

**Preserve Relationships.**  ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

**Increase Satisfaction.**  In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

**Improve Attorney-Client Relationships.**  Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

**DISADVANTAGES OF ADR.**

ADR may not be suitable for every dispute.

**Loss of protections.**  If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

**Less discovery.** There generally is less opportunity to find out about the other side's case with ADR than with litigation.   ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

**Additional costs.**  The neutral may charge a fee for his or her services.  If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

**Effect of delays if the dispute is not resolved.**  Lawsuits must be brought within specified periods of time, known as statues of limitation.  Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

## TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

**Arbitration.**  In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." *Binding arbitration* means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. *Nonbinding* arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

**Cases for Which Arbitration May Be Appropriate.**  Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

**Cases for Which Arbitration May <u>Not</u> Be Appropriate.**  If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

**Mediation.**  In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

**Cases for Which Mediation May Be Appropriate.**  Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

**Cases for Which Mediation May <u>Not</u> Be Appropriate.**  Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

**Neutral Evaluation.**  In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.**   Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May <u>Not</u> Be Appropriate.**   Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.**  Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

## ADDITIONAL INFORMATION.

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials.  Sometimes parties will try a combination of ADR types.  The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the Yellow Pages under "Arbitrators" or "Mediators"

Free mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA) For information regarding DRPA, contact:
- Community Service Programs, Inc. (949) 851-3168
- Orange County Human Relations (714) 834-7198

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE).  For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session.  For the ENE  program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session.   Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) pilot programs is available on the Court's website at www.occourts.org.

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name & Address)*: | *FOR COURT USE ONLY* |
|---|---|
| Telephone No.:          Fax No. (Optional):<br>E-Mail Address (Optional):<br>ATTORNEY FOR *(Name)*:          Bar No: | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor-Laguna Hills Facility – 23141 Moulton Pkwy., Laguna Hills, CA 92653-1251
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13ᵗʰ Street, Westminster, CA 92683-0500

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION** | CASE NUMBER: |
|---|---|

Plaintiff(s)/Petitioner(s),_____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐  Mediation

☐  Arbitration (must specify code)
  ☐ Under section 1141.11 of the Code of Civil Procedure
  ☐ Under section 1280 of the Code of Civil Procedure

☐  Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐  I have an *Order on Court Fee Waiver* (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐  The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals.  We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court rule 3.720 et seq.

Date: _____

_____    _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)          (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date: _____

_____    _____
(SIGNATURE OF DEFENDANT OR ATTORNEY)          (SIGNATURE OF DEFENDANT OR ATTORNEY)

---

**ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION**