JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYLENE BELIGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No: 8:22-cv-02035-DFM<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Based on the stipulation of the Parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all Parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: <u>October 9, 2024</u>     By: _____
Hon. Douglas F. McCormick
UNITED STATES MAGISTRATE JUDGE
CENTRAL DISTRICT OF CALIFORNIA